ALEXANDER M. WEYAND (SBN 108147)
PAUL P. DeANGELIS (SBN 193913)
PETERSON WEYAND & MARTIN LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

\*\*E-filed 3/2/06\*\*

WILLIAM D. FISHER
SCHWABE, WILLIAMSON & WYATT
U.S. Bank Centre
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101-2393
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
*Pro Hac Vice Appearance*

Attorneys for Defendants
WOOP WOOP WINES PTY LTD
and EPICUREAN WINES, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIGNERON PARTNERS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WOOP WOOP WINES PTY LTD and EPICUREAN WINES, L.L.C., <br><br> Defendants. | CASE NO. C06-00527 JF <br><br> [PROPOSED] <br><br> ORDER GRANTING APPLICATION OF WILLIAM D. FISHER TO APPEAR AS COUNSEL PRO HAC VICE ON BEHALF OF DEFENDANTS WOOP WOOP WINES PTY LTD AND EPICUREAN WINES, L.L.C. |

[PROPOSED] ORDER GRANTING
APPLICATION OF WILLIAM D. FISHER
TO APPEAR PRO HAC VICE
CASE NO. C06-00527 JF

1

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and am not a party to the within action. My business address is Peterson Weyand & Martin LLP, 49 Stevenson Street, 10th Floor, San Francisco, CA 94105. On February 24, 2006, I served the following document(s):

**PRO HAEC VICE APPLICATION FOR JENIFER L. JOLLEY & PROPOSED FORM OF ORDER**

( x ) by placing a true copy thereof in a seal envelope addressed as set forth below and placing said envelope in that place in our offices where, following ordinary business practices of which I am readily familiar, postage is affixed and fully prepaid and mailed on the same day as stated above in the **United States mail** at San Francisco, California.

( ) by transmitting via **facsimile** at number (415) 399-2930 a true copy thereof to the person/people served at the facsimile number(s) set forth below, on the date stated above. The facsimile confirmation will be maintained in our offices with our copy of the document(s) sent.

J. Scott Gerien
David Balter
Dickenson, Peatman & Fogarty
809 Coombs Street
Napa, California 94559.

I declare under penalty under the laws of the State of California that the foregoing is true and correct.

Christopher A. Viri

PROOF OF SERVICE

William D. Fisher is an active member in good standing of the State Bar of Washington, having been admitted in 1997, and is an active member in good standing of the United States District Court of the District of Western Washington, having been admitted in 1998, whose business address is:

WILLIAM D. FISHER
SCHWABE, WILLIAMSON & WYATT
U.S. Bank Centre
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101-2393
Telephone: (206) 622-1711
Facsimile: (206) 292-0460

Having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing Defendants Woop Woop Wines Pty Ltd and Epicurean Wines, L.L.C. in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 3-1-06

United States District Jeremy Fogel