**E-Filed 3/28/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIGNERON PARTNERS, LLC, | Case Number C 06-00527 JF |
| Plaintiff, | ORDER[1] REQUESTING OPPOSITION |
| v. | [re: docket no. 15] |
| WOOP WOOP WINES PTY LTD, et al., | |
| Defendants. | |

On March 27, 2006, Plaintiff Vigneron Partners, LLC filed a motion for a temporary restraining order and for a preliminary injunction.  The Court is not prepared to rule on this motion without opposition.  Accordingly, Defendants shall file opposition to Plaintiff's motion by 5:00 pm on Thursday, March 30, 2006.

IT IS SO ORDERED.

DATED:  March 28, 2006

_____
JEREMY FOGEL
United States District Judge

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-00527 JF
ORDER REQUESTING OPPOSITION
(JFLC1)

1   This Order has been served upon the following persons:

2   David Balter                    dbalter@dpfnapa.com

3   Paul P. DeAngelis               pdeangelis@pwmlaw.com,

4   William David Fisher            wfisher@schwabe.com, dbrooks@schwabe.com

5   J. Scott Gerien                 sgerien@dpfnapa.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-00527 JF
ORDER REQUESTING OPPOSITION
(JFLC1)