1   ALEXANDER M. WEYAND (SBN 108147)
    PAUL P. DeANGELIS (SBN 193913)
2   PETERSON WEYAND & MARTIN LLP
    49 Stevenson Street, Tenth Floor
3   San Francisco, CA 94105
    Telephone: (415) 399-2900
4   Facsimile: (415) 399-2930

5   WILLIAM D. FISHER                                    **E-filed 4/27/06**
    JENNIFER L. JOLLEY
6   SCHWABE, WILLIAMSON & WYATT
    U.S. Bank Centre
7   1420 Fifth Avenue, Suite 3010
    Seattle, WA 98101-2393
8   Telephone: (206) 622-1711
    Facsimile: (206) 292-0460
9   *Pro Hac Vice Appearance*

10  Attorneys for Defendants
    WOOP WOOP WINES PTY LTD and
11  EPICUREAN WINES, L.L.C.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15  VIGNERON PARTNERS, L.L.C.,          CASE NO. C06-00527 JF
16
                Plaintiff,
17
        vs.                            **STIPULATION AND ORDER
18                                     REGARDING EXPEDITED LIMITED
                                       DISCOVERY RELATING TO
19  WOOP WOOP WINES PTY LTD, and       PLAINTIFF'S MOTION FOR
    EPICUREAN WINES, L.L.C.,           PRELIMINARY INJUNCTION**
20
21              Defendants.

22                      **STIPULATION**

23      This Court's March 31, 2006 Order denying Plaintiff's Motion for a Temporary

24  Restraining Order also scheduled a hearing on Plaintiff's Motion for Preliminary Injunction at

25  9:00 a.m. on April 28, 2006, together with a briefing schedule calling for Defendants' opposition

26  brief to be filed no later than April 14, 2006, and Plaintiff's reply brief to be filed no later than

27  April 21, 2006. In support of this briefing, the parties have agreed to expedited discovery limited

28

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
U.S. Bank Centre, Suite 3010, 1420 Fifth Avenue – Seattle, WA 98101-2393
Tel (206) 622-1711  Fax (206) 292-0460

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
U.S. Bank Centre, Suite 3010, 1420 Fifth Avenue – Seattle, WA 98101-2393
Tel (206) 622-1711 Fax (206) 292-0460

1  to the issues raised by Plaintiff's Motion for Preliminary Injunction. Accordingly, Plaintiff and

2  Defendants, through their undersigned counsel of record, hereby stipulate to the following limits

3  and schedule for discovery:

4      1.    Discovery shall be limited as follows:  Defendants shall have a total of ten

5            interrogatories and fifteen document requests against Plaintiff; Plaintiff shall have

6            eight interrogatories and ten document requests against each defendant;

7      2.    The parties reserve the right to assert any and all valid objections to the discovery

8            requests;

9      3.    Defendants' interrogatories and/or document requests shall be due by 5:00 p.m.

10            Wednesday, April 5, 2006;

11      4.    Plaintiff's interrogatory answers, responsive documents, and objections to

12            Defendants' requests shall be due by 3:00 p.m., Wednesday, April 12, 2006;

13      5.    Plaintiff's interrogatories and/or document requests shall be due by 5:00 p.m.,

14            Wednesday, April 12, 2006, except for Plaintiff may reserve two of its eight

15            interrogatories to serve on each defendant by April 15, 2006; and

16      6.    Defendants' interrogatory answers, responsive documents, and objections to

17            Plaintiff's requests shall be due by 3:00 p.m., Wednesday, April 19, 2006.

18      The parties agree to confer in good faith in an attempt to resolve any objections or issues

19  relating to their discovery requests. If the objections and/or issues cannot be resolved, the parties

20  agree to seek an expedited ruling from the Court telephonically.

21  DATED: April 4, 2006

22  DICKENSON, PEATMAN & FOGARTY      SCHWABE, WILLIAMSON & WYATT

23

24  By:                      By: _William D. Fisher_

25  J. Scott Gerien, (SBN 184728)          William D. Fisher
       David Balter, (SBN 212027)           U.S. Bank Centre

26     Attorneys for Plaintiff Vigneron Partners, LLC   1420 Fifth Avenue, Suite 3010

27                                     Seattle, WA 98101-2393
                                       Telephone: (206) 622-1711

28                                       Facsimile: (206) 292-0460
                                       Pro Hac Vice Appearance

ALEXANDER M. WEYAND (SBN 108147)
PAUL P. DeANGELIS (SBN 193913)
PETERSON WEYAND & MARTIN LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105
Telephone:  (415) 399-2900
Facsimile:  (415) 399-2930
Attorneys for Defendants
WOOP WOOP WINES PTY LTD and
EPICUREAN WINES, L.L.C.

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _4/27/06 _____

_____
JEREMY FOGEL
United States District Judge

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
U.S. Bank Centre, Suite 3010, 1420 Fifth Avenue – Seattle, WA 98101-2393
Tel (206) 622-1711 Fax (206) 292-0460