ALEXANDER M. WEYAND (SBN 108147)
PAUL P. DeANGELIS (SBN 193913)
PETERSON WEYAND & MARTIN LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105
Telephone: (415) 399-2900
Facsimile: (415) 399-2930

WILLIAM D. FISHER
JENNIFER L. JOLLEY
SCHWABE, WILLIAMSON & WYATT
U.S. Bank Centre
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101-2393
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
*Pro Hac Vice Appearance*

Attorneys for Defendants
EPICUREAN WINES, L.L.C.

**E-filed 5/2/06**

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
U.S. Bank Centre, Suite 3010, 1420 Fifth Avenue – Seattle, WA 98101-2393
Tel (206) 622-1711 Fax (206) 292-0460

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIGNERON PARTNERS, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>WOOP WOOP WINES PTY LTD, and EPICUREAN WINES, L.L.C.,<br><br>Defendants. | CASE NO. C06-00527 JF<br><br>[~~PROPOSED~~] ORDER TO SEAL EXHIBIT 22 TO DECLARATION OF J. SCOTT GERIEN |

Having considered the papers submitted by the parties related to the Administrative Motion that Exhibit 22 to the Declaration of J. Scott Gerien in Support of Reply to Opposition to Motion for Preliminary Injunction be Sealed Pursuant to LR 79-5(d), and there appearing to be good cause, the Motion to Seal is GRANTED.

The documents comprising Exhibit 22 shall be sealed in their entireties.

////

////

IT IS SO ORDERED.

Dated: 5/2/06

United States District Court Judge
Jeremy Fogel

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
U.S. Bank Centre, Suite 3010, 1420 Fifth Avenue – Seattle, WA 98101-2393
Tel (206) 622-1711 Fax (206) 292-0460