**E-Filed 5/10/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIGNERON PARTNERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>WOOP WOOP WINES PTY LTD, et al.,<br><br>    Defendants. | Case Number C 06-00527 JF<br><br>ORDER[1] CLARIFYING<br>PRELIMINARY INJUNCTION |

  Plaintiff and Defendants have filed requests for clarification of this Court's Order Granting in Part Plaintiff's Motion for a Preliminary Injunction, issued on May 5, 2006.  First, the parties correctly note that it was a clerical error to state "*Defendants* will be requested to post a bond of $30,000."  This Order clarifies that *Plaintiff* will be requested to post a bond of $30,000.

  Second, Defendants also request clarification as to the requirement that they ask independent distributors to affix a sticker to bottles of The Black Chook wine disclaiming any association with Black Chicken wine produced by Robert Biale Vineyards.  Defendants correctly

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-00527 JF
ORDER  CLARIFYING PRELIMINARY INJUNCTION
(JFLC1)

1  interpret this requirement as applying only to those bottles of The Black Chook wine bearing the
2  old labels.
3       IT IS SO ORDERED.

5  DATED: May 10, 2006

    _____
    JEREMY FOGEL
    United States District Judge

2

Case No. C 06-00527 JF
ORDER CLARIFYING PRELIMINARY INJUNCTION
(JFLC1)

This Order has been served upon the following persons:

| | |
|---|---|
| David Balter | dbalter@dpfnapa.com |
| Paul P. DeAngelis | pdeangelis@pwmlaw.com, |
| William David Fisher | wfisher@schwabe.com, ttafoya@schwabe.com; docket@schwabe.com |
| J. Scott Gerien | sgerien@dpfnapa.com |
| Jennifer L Jolley | jjolley@schwabe.com, ttafoya@schwabe.com; docket@schwabe.com |

3

Case No. C 06-00527 JF
ORDER CLARIFYING PRELIMINARY INJUNCTION
(JFLC1)