**E-Filed 5/26/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIGNERON PARTNERS, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>WOOP WOOP WINES PTY LTD, et al.,<br><br>                    Defendants. | Case Number C 06-00527 JF<br><br>ORDER[1] RE PROPOSED LABELS FOR DEFENDANTS' SPARKLING WINE |

      On May 18, 2006, this Court issued an Order approving Defendants' proposed labels for its Shiraz Viognier wine, sticker, and letter to distributors, and requesting submission of proposed labels for Defendants' sparkling wine. On May 23, 2006, Defendants submitted proposed labels for its sparkling wine, which are substantially similar to the proposed labels for the Shiraz Viognier wine. Plaintiff has not filed any comments with respect to the new proposed labels during the time period allowed by the Court's Order of May 18, 2006. Accordingly, this Court will approve the proposed labels for Defendants' sparkling wine.

      IT IS SO ORDERED.

---

[1] This disposition is not designated for publication and may not be cited.

1  DATED: May 26, 2006

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  David Balter                dbalter@dpfnapa.com

3  Paul P. DeAngelis           pdeangelis@pwmlaw.com,

4  William David Fisher        wfisher@schwabe.com, ttafoya@schwabe.com; docket@schwabe.com

5

6  J. Scott Gerien             sgerien@dpfnapa.com

7  Jennifer L Jolley           jjolley@schwabe.com, ttafoya@schwabe.com; docket@schwabe.com

3

Case No. C 06-00527 JF
ORDER RE PROPOSED LABELS FOR DEFENDANTS' SPARKLING WINE
(JFLC1)