J. SCOTT GERIEN, State Bar No. 184728
DAVID BALTER, State Bar No. 212027
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
VIGNERON PARTNERS, LLC

WILLIAM FISHER, Pro Hac Vice
SCHWABE, WILLIAMSON & WYATT
U.S. Bank Centre
1420 5th, Suite 3010
Seattle, Washington 98101
Tel: 206.407.1517

Attorneys for Defendants,
WOOP WOOP WINES PTY LTD AND EPICUREAN WINES, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vigneron Partners, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Woop Woop Wines Pty Ltd and Epicurean Wines, L.L.C.<br><br>Defendants. | CASE NO. C-06-00527 JF<br><br>**STIPULATED MOTION TO SUSPEND PROCEEDINGS** |

The parties to this action, by signature of their respective counsel below, hereby stipulate and move the Court to suspend proceedings in the action for thirty days while the parties negotiate a possible settlement of the matter. The current calendar in this matter has a deadline of

August 11, 2006 for the submission of a joint case management statement and August 18, 2006 for the case management conference. So as to avoid the potentially unnecessary expenditure of legal and judicial resources, the parties hereby request that the matter be suspended for thirty days and that the dates for the submission of the joint case management statement and case management conference be suspended and reset at the end of thirty days in the event the parties do not reach settlement and do not submit a stipulated motion to dismiss prior to such date.

Dated: 8/3/06

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By [signature]
J. Scott Gerien

809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff,
Vigneron Partners, LLC

Dated: August 3, 2006

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT

By [signature]
William Fisher

U.S. Bank Centre
1420 5th, Suite 3010
Seattle, Washington 98101
Tel: 206.407.1517
Mobile: 206.313.8580

Attorneys for Defendants,
Woop Woop Wines Pty Ltd and Epicurean Wines, L.L.C.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, that this matter be suspended for thirty days so that the parties may pursue settlement. If the parties do not file a stipulated dismissal prior to the end of such thirty days, the case management conference shall be rescheduled and the joint case management statement shall be filed one week prior to the rescheduled conference date.

Dated:______________________ By: ______________________

United States District Court Judge