| | |
|---|---|
| 1 | J. SCOTT GERIEN, State Bar No. 184728 |
| 2 | DAVID BALTER, State Bar No. 212027<br>DICKENSON, PEATMAN & FOGARTY |
| 3 | 809 Coombs Street<br>Napa, California 94559 |
| 4 | Telephone: (707) 252-7122<br>Facsimile: (707) 255-6876 |
| 5 | Attorneys for Plaintiff |
| 6 | VIGNERON PARTNERS, LLC |
| 7 | WILLIAM FISHER, Pro Hac Vice<br>SCHWABE, WILLIAMSON & WYATT |
| 8 | U.S. Bank Centre<br>1420 5th, Suite 3010 |
| 9 | Seattle, Washington 98101<br>Tel: 206.407.1517 |
| 10 | |
| 11 | Attorneys for Defendants,<br>WOOP WOOP WINES PTY LTD AND EPICUREAN |
| 12 | WINES, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vigneron Partners, LLC, | CASE NO. C-06-00527 JF |
| Plaintiff, | |
| | **STIPULATION OF DISMISSAL** |
| vs. | |
| Woop Woop Wines Pty Ltd and Epicurean Wines, L.L.C. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

STIPULATION OF DISMISSAL - CASE NO. C06-00527 JF

|   |   |   |
|---|---|---|
| 1 | Dated: 9/21/06 | Respectfully submitted, |
| 2 |   | DICKENSON, PEATMAN & FOGARTY |

By _____
J. Scott Gerien

809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff,
Vigneron Partners, LLC

Dated: September 18, 2006

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT

By _____William D. Fisher_____
William Fisher

U.S. Bank Centre
1420 5th, Suite 3010
Seattle, Washington 98101
Tel: 206.407.1517
Mobile: 206.313.8580

Attorneys for Defendants,
Woop Woop Wines Pty Ltd and Epicurean Wines, L.L.C.

STIPULATION OF DISMISSAL - CASE NO. C06-00527 JF         2